UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2018
JULY 2, 2019 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2:19-00171
8 U.S.C. § 1326(a)

DANIEL ALBERTO LOPEZ-AJQUI

## I N D I C T M E N T
(Reentry of a Removed Alien)

The Grand Jury Charges:

1. On or about February 15, 2018, defendant DANIEL ALBERTO LOPEZ-AJQUI, an alien, was found at or near Rio Grande Valley, Texas, and was subsequently removed from the United States to Guatemala on or about February 22, 2018.

2. On or about June 17, 2018, defendant DANIEL ALBERTO LOPEZ-AJQUI, an alien, was found at or near Rio Grande Valley, Texas, and was subsequently removed from the United States to Guatemala on or about June 21, 2018.

3. On or about June 11, 2019, at or near Elkview, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DANIEL ALBERTO LOPEZ-AJQUI, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent

of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

                                    MICHAEL B. STUART
                                    United States Attorney

By: _____
      ERIK S. GOES
      Assistant United States Attorney